# MICHAEL D. MONTEMARANO, P.A.
*Attorney and Counsellor at Law*

3826 PAUL MILL ROAD
SUITE 204
ELLICOTT CITY, MARYLAND  21042
(410) 992-0067
FAX (443) 663-3002
email: montemarano67@gmail.com

January 4, 2017

**VIA ECF**
Clerk
United States District Court
United States Courthouse
4th Floor
101 West Lombard Street
Baltimore, MD 21201

    Re:    *United States v. Kevin Stanley*
              JKB-16-484

Dear Clerk:

    Effective immediately, please note my new address and fax number, as listed above, and amend your records accordingly regarding the captioned matter.

    Thank you for your attention to this request.

                      Very truly yours,

                      /s/

                      Michael D. Montemarano

MDM/ap