PS 42
(Rev. 3/14)

# United States District Court
## DISTRICT OF MARYLAND

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs. ) | |
| ) | |
| Chastity Harmon ) | Case No. 1:16-cr-00484-JKB-29 |

## MODIFICATION OF CONDITIONS OF RELEASE

Based on a request by the defendant, Pretrial Services respectfully recommends the following modification to the defendant's conditions of release:

- Undergo medical or psychiatric treatment as directed by Pretrial Services

Attempts to contact Assistant U.S. Attorney Leo Wise have been unsuccessful as of this writing. Defense Attorney Richard Seligman has no objection to the modification.

All other conditions of the October 5, 2016, ORDER Setting Conditions of Release, not in conflict with this modification, shall remain in full force and effect.

_____     1/4/2017
Troy Scott                          Date
U.S. Pretrial Services Officer

_____     1/4/17
Beverly McCabe                      Date
U.S. Supervisory Pretrial Services Officer

☑ The above modification of conditions of release is ordered, to be effective on  1-5-17 .

☐ The above modification of conditions of release is *not* ordered.

_____     1-5-17
The Honorable Beth P. Gesner        Date
U.S. Magistrate Judge