IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. 16-00484-JKB |
| RACHELLE HANKERSON | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

The Court, having considered the Defendant's Consent Motion for Modification of Conditions of Release, hereby **GRANTS** the Defendant's request, and it is

**ORDERED** that the Defendant's release conditions are hereby modified so that the Defendant is permitted to travel away from her residence for the purposes of attending an interview for employment with Dunkin' Donuts at 12:00 p.m. on January 7, 2017, in Salisbury, Maryland and to return to her residence after the interview.

_____  January 5, 2017
United States Magistrate Judge
United States District Court, District of Maryland

4843-8634-6560, v. 1