IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. 16-00484-JKB |
| STEPHEN WISE | * | |

## ORDER ON CONSENT MOTION
## TO MODIFY CONDITIONS OF RELEASE

The Court, having been presented with Defendant Steven Wise's Consent Motion To Modify Conditions Of Release, and noting the consent of the government and the United States Office of Probation and Pretrial Services, it is this 5th day of January, 2107,

**ORDERED** that the motion shall be and hereby is **GRANTED**:

1. Defendant Stephen Wise may work at Lowe's subject to the on-going approval of pretrial services.

2. Mr. Wise will provide his pretrial services officer with his work schedule as it becomes known to him.

3. Mr. Wise's daily curfew will be extended to the end of his regularly scheduled shifts, to end not later than 10:00 PM, plus a reasonable amount of time to return home following work, as determined by pretrial services.

4. All other conditions of pretrial release shall remain in effect.

United States Magistrate Judge Beth P. Gesner