# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|                          |   |                          |
|--------------------------|---|--------------------------|
| UNITED STATES OF AMERICA | * |                          |
| v.                       | * | CRIMINAL NO. JKB-16-484  |
| AARON BOHL, et al.,      | * |                          |
| Defendants               | * |                          |

\* \* \* \* \* \* \* \* \* \* \* \*

|                          |   |                          |
|--------------------------|---|--------------------------|
| UNITED STATES OF AMERICA | * |                          |
| v.                       | * | CRIMINAL NO. JKB-16-485  |
| SHERIMA BELL, et al.,    | * |                          |
| Defendants               | * |                          |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

A hearing was held on January 6, 2017 to address pending requests by Kevin Stanley (Case No. 16-484, ECF No. 409) and Jocelyn Byrd (Case No. 16-485, ECF No. 419). The Court construes both of these requests as motions to modify the Court's previous orders of December 16, 2016 (Case No. 16-484, ECF No. 396; Case No. 16-485, ECF No. 414), in which the Court granted an exclusion of time from consideration under the Speedy Trial Act.

Because the Court finds that plea negotiations between the Government and codefendants in both of the above-captioned cases have been ongoing from October 5, 2016 until the present date and for the other reasons stated in open court, the requests (which are treated herein as motions) submitted by both Mr. Stanley and Ms. Byrd are DENIED.

The Court further ORDERS that the Government SHALL FILE an affidavit outlining the plea negotiation process that has been ongoing in both of the above-captioned cases since October 5, 2016. This ruling is subject to reconsideration if the submitted affidavit does not support the Government's assertion, which the Court accredited and found to be accurate at the hearing, that throughout the entire period from October 5, 2016, until January 6, 2017, it has been actively engaged in plea negotiations with one or more codefendants in each of the two cases.

DATED this 6th day of January, 2017.

BY THE COURT:

/s/
James K. Bredar
United States District Judge