IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| v. | * | **CRIMINAL NO. JKB-16-0484** |
| | * | |
| **CAMMAY GRAY** | * | |
| | * | |
| **Defendant** | * | |
| | ******* | |

## ORDER

The Court, having considered defendant Cammay Gray's Consent Motion for Modification of Conditions of Release, hereby **GRANTS** the motion, and it is

**ORDERED** that Paragraphs 8(r) and 8(s) of the Order Setting Conditions of Release dated October 7, 2016 are stricken and all requirements related to controlled substance testing and treatment are terminated.

Dated: January 10, 2017

United States Magistrate Judge
J. MARK COULSON